**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION—SANTA ANA**

| | |
|---|---|
| PNR MARKETING SOLUTIONS, LLC, dba FUNFLICKS, a California limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>FUN FLICKS OF SOUTHERN CALIFORNIA LLC, a California limited liability company, FUNFLICKS AUDIOVISUALS, a California corporation, CHAD HARRISON, an individual, CHARLES HUNTER, an individual, and MATTHEW DIAS, an individual,<br><br>    Defendants.<br><br>FUN FLICKS OF SOUTHERN CALIFORNIA LLC,<br><br>    Cross-Claimant,<br><br>v.<br><br>FUNFLICKS AUDIOVISUALS; CHARLES HUNTER; MATTHEW DIAS; and ROES 1 through 10, Inclusive,<br><br>    Cross-Defendants. | Case No. 8:18-CV-01600-AG-KES<br>Hon. Andrew J. Guilford, Ctrm. 10D<br><br>**ORDER OF DISMISSAL OF ACTION**<br><br>[Fed.R.Civ.Proc. 41(a)(2)] |

Krongold Law Corp., P.C.

-1-
ORDER OF DISMISSAL

# ORDER OF DISMISSAL

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, and the Stipulation of Plaintiff PNR Marketing Solutions LLC, a California limited liability company, Defendant and Cross-Claimant Fun Flicks of Southern California LLC, a California limited liability company, Defendant Chad Harrison, and Defendants and Cross-Defendants FunFlicks Audiovisuals, a California corporation, Matthew Dias, and Charles Hunter (collectively, Parties), and upon finding good cause, IT IS HEREBY ORDERED as follows:

1. The action is hereby dismissed with prejudice, with each side bearing their own attorney's fees and costs;

2. The Court shall retain jurisdiction of this action and the parties in order to enforce the provisions of the Settlement Agreement and Mutual General Release, dated June 12, 2019, entered between the Parties, including the entry of judgment, if necessary pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375, 381-82 (1994). Said Settlement and Mutual General Release is lodged under seal with the court.

DATED: June 21, 2019

Andrew J. Guilford
United States District Judge